partment. November 13, 1907.) Action by Dennis L. Wright against the Knights of Maccabees of the World. No opinion. Judgment and order reversed on law and facts, and new trial granted, with costs to appellant to abide event, upon authority of Mock v. Supreme Council of Royal Arcanum, 121 App. Div. 474, 106 N. Y. Supp. 155.

YUENGLING v. BETZ. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Catherine M. Yuengling against John F. Betz. No opinion. Motion denied, with $10 costs. Order filed.

ZAMPINO v. BRUCKNER et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Pasquallo Zampino against John A. Bruckner and another. No opinion. Motion granted, with $10 costs. Order filed.

ZOLOTOROFE, Respondent, v. SACODER, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Louis Zolotorofe against Joseph Sacoder.

PER CURIAM. Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within 20 days and pay the respondent $10 costs. On compliance, motion to dismiss the appeal will be denied, and the case placed at the foot of the present calendar.

BARBER v. BARNUM et al. (Supreme Court, Appellate Division, Third Department. March, 1907.) Action by Clarence L. Barber, as assignee of Horace M. Hooker and David J. McGown, judgment creditors, against Curtis A. Barnum, judgment debtor, and others.

COCHRANE, J. Decision amended, so as to read as follows: "Order reversed, without costs, and motion denied, without costs." See 117 App. Div. 325, 101 N. Y. Supp. 1065. All concur, except PARKER, J., not sitting.

In re HOCHFELDER. (Supreme Court, Appellate Division, Second Department. March, 1907.) In the matter of the application of Julius Hochfelder for admission to the bar. No opinion. Application granted.

McLAUGHLIN v. COLLINS BUILDING & CONSTRUCTION CO. et al. (Supreme Court, Appellate Division, First Department. May, 1907.) Action by Charles McLaughlin against the Collins Building & Construction Company and others. No opinion. Motion denied, with $10 costs.

In re ROBERTS. (Supreme Court, Appellate Division, First Department. May, 1907.) In the matter of Frederick R. Roberts. No opinion. Motion to dismiss appeal granted, with $10 costs.

RUDD v. McCLEAN ARMS & ORDNANCE Co. (two cases). ·(Supreme Court, Appellate Division, First Department. May, 1907.) Action by Henry W. Rudd against the McClean Arms & Ordnance Company. No opinion. See memorandum.

END OF CASES IN VOL. 106.

❋